# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

No. 1:20-mj-02025-Goodman - 3 CBU

UNITED STATES OF AMERICA

vs.

ERIK ANTHONY SINGH,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?      ___Yes __x__ No

2.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes __x__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____

DERIC ZACCA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0151378
99 NE 4th Street
Miami, Florida 33132-2111
Tel (305) 961-9311
Fax (305) 530-7976
Deric.Zacca@usdoj.gov

# United States District Court

_____SOUTHERN_____    **DISTRICT OF** _____FLORIDA_____

UNITED STATES OF AMERICA

v.    **CRIMINAL COMPLAINT**

ERIK ANTHONY SINGH,

CASE NUMBER: 1: 20- mj -02025 -Goodman - 3CBU

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 7, 2020, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant, ERIK ANTHONY SINGH, did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of oxycodone, in violation of Title 21, United States Code, Section 952(a), and did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of oxycodone, in violation of Title 21, United States Code, Section 841(a)(1).

I further state that I am a Special Agent with Homeland Security Investigations/U.S. Immigration and Customs Enforcement, and that this complaint is based on the following facts:

On or about January 7, 2020, the defendant, ERIK ANTHONY SINGH, arrived at Miami International Airport aboard American Airlines Flight #924 from Medellin, Colombia. After being admitted into the United States by U.S. Customs and Border Protection ("CBP"), the defendant presented himself and his luggage to CBP for examination. During a secondary examination, CBP Officers discovered numerous pill bottles containing a large quantity of tablets inside the defendant's carry-on and check luggage. CBP Officers field tested the tablets and discovered that they were oxycodone, a Schedule II controlled substance. After waiving his *Miranda* rights, the defendant admitted that he knew he was bringing oxycodone into the United States and that he knew it was illegal. The estimated amount of tablets was 5,713 and the gross weight of the tablets is 1.315 kilograms.

IVAN CAMACHO, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Sworn to before me, and subscribed in my presence,

__JANUARY 8, 2020_____    at    __MIAMI, FLORIDA_____
Date                                          City and State

**JONATHAN GOODMAN**
__UNITED STATES MAGISTRATE JUDGE__
Name and Title of Judicial Officer                    Signature of Judicial Officer